UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CROCS, INC. et al.,                                               :
                                                                  :
                              Plaintiffs,                         :
                                                                  :           25-CV-180 (JMF)
            -v-                                                   :
                                                                  :               ORDER
                                                                  :
JINJIANG HOBIBEAR SHOES & CLOTHING CO.,                           :
LTD.,                                                             :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant was required to file its answer by March 6, 2025, ECF No. 18, but has not done so to date. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 14, 2025**. The Court will invite Plaintiffs to move for default judgment if Defendant fails to answer the Complaint by that deadline.

      Plaintiffs are directed to serve a copy of this Order on Defendant, and to file proof of such service by **March 10, 2025**. Consistent with the Court's January 28, 2025 Memorandum Opinion and Order, ECF No. 17, Plaintiffs are authorized to Defendant by email to the email addresses service@hobibear.com and ip@whosebilling.com, with proof of service to be filed with any delivery receipts and read receipts.

      SO ORDERED.

Dated: March 7, 2025
       New York, New York
                                                         JESSE M. FURMAN
                                                        United States District Judge