UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CROCS, INC. et al.,

                     Plaintiffs,                              25-CV-180 (JMF)

           -v-                                                ORDER

JINJIANG HOBIBEAR SHOES & CLOTHING CO.,
LTD.,

                     Defendant.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 32, Defendant's earlier motion to dismiss filed at ECF No. 23 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **June 11, 2025**. Defendant's reply, if any, is due by **June 18, 2025**.

       The Clerk of Court is directed to terminate ECF No. 23.

       SO ORDERED.

Dated: May 29, 2025
       New York, New York
                                                                       JESSE M. FURMAN
                                                          United States District Judge